Paul R. Kiesel (SBN 119854)
Kiesel@kbla.com
KIESEL LAW LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

Paul O. Paradis
Gina M. Tufaro
HORWITZ, HORWITZ & PARADIS,
ATTORNEYS AT LAW
570 Seventh Avenue, 20th Floor
New York, NY 10018
Telephone: (212) 986-4500
Facsimile: (212) 986-4501
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MERYL OVERTON, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**BIRD BRAIN INC.,**<br><br>**A Michigan Corporation.**<br><br>**Defendant.** | CASE NO.: SACV11-1054 DOC (ANx)<br><br>Hon. David O. Carter<br><br>**DECLARATION OF GINA M. TUFARO IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

DECLARATION OF GINA M. TUFARO

I, Gina M. Tufaro, declare the following under penalty of perjury of the laws of the United States:

1.    I am an attorney admitted to the practice of law in the State of New York and have been admitted *pro hac vice* in this action.  I am a partner at the law firm of Horwitz, Horwitz & Paradis, Attorneys at Law.  I have personal knowledge of the matters asserted herein and could competently testify thereto if called upon to do so.

2.    I submit this Declaration in support of Plaintiff's Motion for Voluntary Dismissal.

3.    In connection with the preparation of papers to file in support of Plaintiff's Motion for Voluntary Dismissal, and, in order to determine the amount of publicity received by this lawsuit, I personally conducted several searches on the internet and found only minor references to this litigation, all of which were posted before the Court certified the class.

4.    In particular, I conducted  four  internet  searches  on  www.google.com ("Google"), which did not yield any meaningful references to this action or the fact that the Class had been certified.

5.    I conducted a search on Google using the terms "Overton and Bird Brain," which yielded only two unique hits, including one article concerning the Court's ruling on the motion to dismiss and citation to the docket.

6.    Additionally, I conducted a search on Google using the terms "Meryl Overton and class action", which yielded only three unique hits, two to the docket for this action and one to this Court's calendar.

7.    Finally, I conducted a search on Google using the terms "fuel gel and class action", which did not yield any relevant hits.

---

1

DECLARATION OF GINA M. TUFARO

8.    Based on the foregoing internet search results, it is evident that neither this action, nor the fact that a class has been certified has received any meaningful publicity.

9.    Although Plaintiff is seeking a dismissal of this action without prejudice, neither party seeks a release in exchange for this dismissal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge on this 14th day of February, 2014 in New York, New York.

Gina M. Tufaro

DECLARATION OF GINA M. TUFARO